

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00242-CV

| | | |
|---|---|---|
| RAJESH MANDALAPU AND SRAVEK TECHNOLOGIES, LLC, Appellants | § | On Appeal from the 153rd District Court |
| | § | of Tarrant County (153-337301-22) |
| V. | § | December 21, 2023 |
| VASU TECHNOLOGIES, LLC AND BRIAN BOEHMER, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order denying Appellants' special appearance is reversed, and we render a judgment dismissing the case for want of personal jurisdiction.

It is further ordered that Appellees Vasu Technologies, LLC and Brian Boehmer shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack